**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Savannah Leeann Mabry<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5905<br>EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of South Carolina | Date case filed for chapter:  7  6/29/21 |
| Case number: | 21–01716–hb | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Savannah Leeann Mabry | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2434 Poplar Springs Road<br>Ware Shoals, SC 29692 | |
| 4. | **Debtor's attorney**<br>Name and address | Alecia Tate Compton<br>Alecia Compton Law Office, LLC<br>109 A Oak Avenue<br>Greenwood, SC 29646 | Contact phone 864–450–9042<br>Email: alecia@aleciacomptonlawoffice.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Michelle L. Vieira<br>PO Box 1480<br>Murrells Inlet, SC 29576 | Contact phone 843–497–9800<br>Email: trustee@chapter7.email |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | J. Bratton Davis United States Bankruptcy Courthouse 1100 Laurel Street Columbia, SC 29201-2423 | Hours open 9:00 am – 5:00 pm Contact phone: 803–765–5436 Date: 6/29/21 |
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 6, 2021 at 11:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification required** *** | Location: **Donald Stuart Russell Federal Courthouse, 201 Magnolia Street, Spartanburg, SC 29306-2355** |
| **8.** | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/5/21** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Miscellaneous Notice** | The Voice Case Information System (VCIS) will give status information on cases filed or converted after 11/30/88. Call 1–866–222–8029. Please refer to the Court's web site at www.scb.uscourts.gov for further information. Chapter 7 cases: Property of the estate may be abandoned by the trustee at the meeting of creditors unless creditors or parties in interest object to SC LBR 6007–1. | |
| **14.** | **Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | (1) Anyone can register for the Electronic Bankruptcy Noticing program at bankruptcynotices.uscourts.gov OR (2) Debtors can register for DeBN by filing local form 'Debtor's Electronic Noticing Request (DeBN)' with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email. See Local Rule 9036–1. | |

United States Bankruptcy Court
District of South Carolina

In re:  
Savannah Leeann Mabry  
    Debtor

Case No. 21-01716-hb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0420-7      User: admin      Page 1 of 2  
Date Rcvd: Jun 29, 2021      Form ID: b309a      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Savannah Leeann Mabry, 2434 Poplar Springs Road, Ware Shoals, SC 29692-3724 |
| 543983293 | | Abbeville Area Medical Center, Po Box 887, Abbeville SC 29620-0887 |
| 543983294 | + | Advanced Surgical Associates, 160 Academy Ave, Greenwood SC 29646-3808 |
| 543983295 | | Anesthesiology of Greenwood, PO Box 742324, Atlanta GA 30374-2324 |
| 543983296 | | Carolina Pathology Assoc LP, PO Box 602399, Charlotte NC 28260-2399 |
| 543983297 | + | Dan Richardson, 134 Richardson Drive, Greenwood SC 29649-9704 |
| 543983299 | + | Express Medical Care, 102 Rockcreek Blvd, Greenwood SC 29649-8915 |
| 543983300 | + | Financial Data Systems, Attn: Bankruptcy, PO Box 688, Wrightsville Beach NC 28480-0688 |
| 543983301 | | Gastraenterology, Prisma Health, 2 Independence Pointe, STE 140, Greenville SC 29615 |
| 543983302 | + | Greenville Memorial Hospital, 701 Grove Road, Greenville SC 29605-4295 |
| 543983305 | + | Multidisplinary Center, 890 W. Faris Rd, #320, Greenville SC 29605-4281 |
| 543983306 | + | Orthopaedic Associates of the Lakelands, 102 Gregor Mendel Circle, Greenwood SC 29646-2315 |
| 543983307 | + | Patweood OP Center, 200 Patewood Dr, Bldg A, Greenville SC 29615-3593 |
| 543983308 | + | Prisma Health, 7 Independence Pointe, STE 140, Greenville SC 29615-4550 |
| 543983309 | + | Prisma Health, Attn: Patient Accounts, 701 Grove Road, Greenville SC 29605-4210 |
| 543983311 | | RMP Services LLC, PO Box 630844, Cincinnati OH 45263-0844 |
| 543983310 | + | Revmd Partners Llc, 1111 Pasquinelli Dr Ste 400, Westmont IL 60559-1169 |
| 543983317 | + | SMG Radiology Services, 102 Academy Avenue, Greenwood SC 29646-3808 |
| 543983315 | + | Self Regional Rad Utlrasound, 102 Academy Ave, Greenwood SC 29646-3808 |
| 543983316 | + | Self Regional Tower Pointe MRI, 102 Academy Avenue, Greenwood SC 29646-3808 |
| 543983318 | + | Steven Josiah Salter, 218 Lanham Street, Greenwood SC 29649-2226 |
| 543983319 | + | Team Leif, Leif Technologies Inc., 416 W. 13th Street, New York NY 10014-1117 |
| 543983320 | + | Town & Country Property Mgmt, 132 W. Cambridge Ave, Greenwood SC 29646-2234 |
| 543983322 | + | Verdae Pre Assessment, 905 Verdae Blvd #101, Greenville SC 29607-4097 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: alecia@aleciacomptonlawoffice.com | Jun 29 2021 21:23:00 | Alecia Tate Compton, Alecia Compton Law Office, LLC, 109 A Oak Avenue, Greenwood, SC 29646 |
| tr | + | EDI: QMLVIEIRA.COM | Jun 30 2021 01:23:00 | Michelle L. Vieira, PO Box 1480, Murrells Inlet, SC 29576-1480 |
| ust | + | Email/Text: ustpregion04.co.ecf@usdoj.gov | Jun 29 2021 21:23:00 | US Trustee's Office, Strom Thurmond Federal Building, 1835 Assembly St., Suite 953, Columbia, SC 29201-2448 |
| 543983298 | | Email/Text: exf@tir.com | Jun 29 2021 21:23:00 | Executive Financial Co, PO Box 1168, Flint MI 48501-1168 |
| 543983303 | + | EDI: IIC9.COM | Jun 30 2021 01:23:00 | IC System, Inc., 444 Highway 96 East, PO Box 64378, Saint Paul MN 55164-0378 |
| 543983304 | | EDI: IRS.COM | Jun 30 2021 01:23:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 543983312 | + | Email/Text: bankruptcy@sctax.org | Jun 29 2021 21:24:00 | SC DEPT OF REVENUE, PO BOX 12265, |

| | | | | |
|---|---|---|---|---|
| 543983313 | + | Email/Text: trmcleod@dew.sc.gov | Jun 29 2021 21:23:00 | SC Deptartment of Employment & Workforce, PO Box 995, Columbia SC 29202-0995 COLUMBIA SC 29211-2265 |
| 543983314 | + | Email/Text: bankruptcy@selfregional.org | Jun 29 2021 21:24:00 | Self Regional Healthcare, 1325 Spring Street, Greenwood SC 29646-3875 |
| 543983321 | + | EDI: VAND.COM | Jun 30 2021 01:23:00 | Vanderbilt Mortgage and Finance, Inc, Po Box 9800, Maryville TN 37802-9800 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021         Signature:      /s/Joseph Speetjens